Keith BIAS, Respondent,

v.

Leroy E. WELCH, Deceased; Wayne R. Welch, Appellant.

No. WD 74927.

Missouri Court of Appeals, Western District.

April 23, 2013.

Rehearing Denied May 28, 2013.

Brian K. Francka and Brad C. Letterman, Jefferson City, MO, for Respondent.

F. Randall Waltz, III, Jefferson City, MO, for Appellant.

Before Division I: GARY D. WITT, Presiding Judge, and THOMAS H. NEWTON and MARK D. PFEIFFER, Judges.

### Order

PER CURIAM:

LeRoy Welch, deceased, by and through his court-substituted party, Wayne Welch, appeals the judgment of the Circuit Court of Cole County, Missouri, awarding, after a jury trial, damages to Keith Bias in the amount of $8,000 and attorneys' fees in the amount of $20,348.25. Finding no error, we affirm in this *per curiam* order and have provided the parties with a legal memorandum explaining our ruling. Rule 84.16(b).